UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| **ROBERT HURRIGAN, on his own behalf and on behalf of others similarly situated,** | ) ) ) ) | |
| **Plaintiffs,** | ) ) | **CIVIL ACTION FILE NO: 1:12-cv-03633-RWS** |
| **v.** | ) ) | |
| **TOP TURF, INC., a Domestic Profit Corporation, and DANA SCOTT BRYAN, individually,** | ) ) ) ) | |
| **Defendants.** | ) | |

## ORDER

Upon application of the parties and upon review of the private settlement agreement agreed to by the parties in this action, the Court has reviewed this matter and concludes that the terms of the settlement agreement are the product of arm's length bargaining of qualified counsel and are fair, adequate and reasonable. This Court thereby orders that the above-styled action be DISMISSED WITH PREJUDICE.

This the *10th* day of *June*, 2013.

_____
Honorable Richard W. Story